FILED

11/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0629

IN THE SUPREME COURT OF THE STATE OF MONTANA

**ORIGINAL**

OP 23-0629

SHANNA SPRING MANYWOUNDS,

Petitioner,

v.

20TH JUDICIAL DISTRICT COURT, LAKE COUNTY, HONORABLE DEBORAH KIM CHRISTOPHER, PRESIDING JUDGE,

Respondent.

FILED

NOV 20 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Jonathan Whyte, party to the underlying matter in the Twentieth Judicial District Court, Lake County, in its Cause No. DR-23-17, seeks an extension of time to file his response to the petition for supervisory control filed by Shanna Spring Manywounds in this Court.

Having reviewed Whyte's motion and with good cause appearing,

IT IS THERFORE ORDERED that Jonathan Carlton Whyte shall have up to and including November 30, 2023, to prepare, file, and serve a response to the petition for writ of supervisory control. No further extensions of time will be granted.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all parties in the Twentieth Judicial District Court, Lake County, Cause No. DR-23-17, and the Honorable Deborah Kim Christopher, presiding.

DATED this 20th day of November, 2023.

For the Court,

By _____
Justice